**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**JONATHAN SILVA,**

    **Plaintiff,**

v.                                                            No. 13-cv-0157 MCA/SMV

**NE. N.M. DET. FACILITY, et al.,**

    **Defendants.**

### ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint. The Court determines that Plaintiff's filing is deficient as described in this order. Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I. Filing Fee.**

    ___ No filing fee ($350 civil) has been received.

**II. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1) ___ is not filed
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's inmate account statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the Court. Only an original has been received.
(9) ___ other _____

**III. Complaint, Petition or Application:**

(1) ___ is missing

(2)     __     is not on proper form (must use our form Rev. 5/96)
(3)     __     is missing an original signature by the prisoner
(4)     __     is missing page nos. __
(5)     __     uses et al. instead of listing all defendants/respondents
(6)     __     An original and a copy have not been received by the Court.  Only an original has been received.
(7)     __     Sufficient copies to serve each defendant/respondent have not been received by the Court.
(8)     __     names in caption do not match names in text
(9)     __     other _____

Papers filed in response to this order must include the civil action number (13-cv-0157 MCA/SMV) of this case.  Failure to cure the designated deficiencies within thirty (30) days from the date of this order may result in dismissal of this action without further notice.

        **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order.

        **IT IS SO ORDERED**.

                                                _____
                                                **STEPHAN M. VIDMAR**
                                                **United States Magistrate Judge**